Signed and Filed: March 5, 2012

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>DEMAS WAI YAN,<br>aka DENNIS YAN,<br><br>                    Debtor.<br>_____<br>TONY FU, an individual,<br><br>                    Plaintiff,<br><br>    vs.<br><br>DEMAS YAN, an individual,<br>and YAN LAW OFFICE,<br><br>                    Defendants.<br>_____<br>DEMAS YAN, an individual,<br>dba YAN LAW OFFICE,<br><br>                    Cross-Plaintiff,<br><br>    vs.<br><br>TONY FU aka DONG XING FU, CRYSTAL<br>LEI aka LI MING LEI, STELLA HONG<br>CHEN aka HONG XING FU aka HONG XING<br>CHEN, BRYANT FU and WEI SUEN,<br><br>                    Cross-Defendants.<br>_____ | Case No. 04-33526 TEC<br><br>Chapter 7<br><br><br><br><br><br>Adv. Proc. No. 10-3152 TC |

**ORDER RE MOTION FOR CONTEMPT**

ORDER RE MOTION FOR CONTEMPT    -1-

On March 2, 2012, the court held a hearing on the motion for sanctions filed by Crystal Lei, Wei Suen, and Bryant Fu (the "Motion for Sanctions"). Michael J. Betz appeared for Crystal Lei, Wei Suen, and Bryant Fu. Demas Yan appeared in pro per. Upon due consideration, and for the reasons stated on the record at the hearing, the court hereby orders as follows:

(1) The Motion for Sanctions is granted.

(2) On or before March 19, 2012, Demas Yan shall mail to Michael J. Batz, c/o Allen Matkins Leck Gamble Mallory, Three Embarcadero Center, 12th Floor, San Francisco, CA 94111 a cashier's check in the amount of $1,200 payable to the order of Allen Matkins Leck Gamble Mallory for fees incurred in prosecuting the Motion for Sanctions.

(3) If Demas Yan fails to fully and timely comply with paragraph (2) of this order, the fee award shall be $1,860.

**\*\*END OF ORDER\*\***

1 | **<u>Court Service List</u>**
2 | Tony Fu
  | 5813 Geary Blvd, PMB 188
3 | San Francisco, CA 94121
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**ORDER RE MOTION FOR CONTEMPT** -3-